UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Ann Grcevic, <br><br> Plaintiff, <br><br> vs. <br><br> National Attorney Collection Services, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:12-cv-02242-PJW <br><br> [PROPOSED] ORDER |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: May 31, 2013                                    _/s/ Patrick J. Walsh_____

                                                            Judge: Hon. Patrick J. Walsh